G. Thomas Martin, III, Esq. (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
tmartin@consumerlawcenter.com

Attorneys for Plaintiff, TIM PARKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIM PARKS,

    Plaintiffs;

vs.

CREDIT ONE BANK, HILCO RECEIVABLES, LLC,

    Defendants.

Case No.: C09-04304

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**Demand Does Not Exceed $10,000**

## PLAINTIFFS'S COMPLAINT

TIM PARKS ("Plaintiff"), by his attorneys, KROHN & MOSS, LTD., alleges the following against CREDIT ONE BANK and HILCO RECEIVABLES (Defendants):

### INTRODUCTION

1. Count I of the Plaintiff/s Complaint is based on the Fair Credit Reporting Act.

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy". Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

3.     Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6.     Plaintiff. TIM PARKS, is a natural person who resides in Pittsburg, Contra Costa County, California.

7.     Defendant, CREDIT ONE BANK is a business entity which regularly conducts business in California and has its principal place of business in Las Vegas, Clark County, Nevada.

8.     Defendant, HILCO RECEIVABLES, LLC is a business entity which regularly conducts business in California and has its principal place of business in Northbrook, Cook County, Illinois.

## FACTUAL ALLEGATIONS

12.    At the end of April, 2009, Plaintiff's account with CREDIT ONE BANK was charged off.

13.    Notwithstanding this purported charge-off, Plaintiff received a statement from CREDIT ONE BANK showing a balance due in May, 2009.  Plaintiff paid the account in full 10 days ahead of due date.

14.    Notwithstanding Plaintiff's payment of the remaining balance, CREDIT ONE BANK sent Plaintiff's account to a collection agency - Defendant HILCO RECEIVABLES, LLC.

15.    Plaintiff confirmed with CREDIT ONE BANK that it received his final payment of the full outstanding balance in May 2009.  Plaintiff also confirmed with HILCO RECEIVABLES, LLC that CREDIT ONE BANK confirmed that Plaintiff's account was paid in full in May 2009.

16.    Nonetheless, Defendants CREDIT ONE BANK and HILCO RECEIVABLES, LLC continue to falsely and negatively report Plaintiff's account as "unpaid."

COMPLAINT AND DEMAND FOR JURY TRIAL

17. Plaintiff disputed the negative information provided by CREDIT ONE BANK and HILCO RECEIVABLES, LLC with Experian. Experian responded that Hilco is showing the item as unpaid, because CREDIT ONE BANK did not send payment over to them to clear their books, despite the fact that this payment was made on May 10, 2009.

## FIRST CLAIM FOR RELIEF

## DEFENDANTS CREDIT ONE BANK AND HILCO RECEIVABLES, LLC VIOLATED THE FAIR CREDIT REPORTING ACT, (FCRA), 15 U.S.C. § 1681 *et seq.*

**(Plaintiffs v. CREDIT ONE BANK and HILCO RECEIVABLES, LLC)**

18. Plaintiffs incorporate the foregoing paragraphs as though the same were set forth at length herein.

19. At times pertinent hereto, Defendants CREDIT ONE BANK and HILCO RECEIVABLES, LLC were "persons" as that term is defined by 15 U.S.C. § 1681a(b).

20. Defendants CREDIT ONE BANK and HILCO RECEIVABLES, LLC, violated sections of 1681n and 1681o of the FCRA by engaging in the following conduct that violates 15 U.S.C. § 1681s(2)(b);

(a) willfully and negligently failing to conduct an investigation of the inaccurate information that Plaintiffs disputed;

(b) willfully and negligently failing to review all relevant information concerning Plaintiffs's account provided to Defendants CREDIT ONE and HILCO;

(c) willfully and negligently failing to report the results of investigations to the relevant consumer reporting agencies;

(d) willfully and negligently failing to report the inaccurate status of the inaccurate information to all credit reporting agencies;

COMPLAINT AND DEMAND FOR JURY TRIAL

(e) willfully and negligently failing to properly participate, investigate and comply with the reinvestigations that were conducted by any and all credit reporting agencies concerning the inaccurate information disputed by Plaintiffs;

(f) willfully and negligently failing to provide and all credit reporting agencies with the factual information and evidence that Plaintiffs submitted to Defendants CREDIT ONE and HILCO, and which proved that the information concerning the Plaintiffs' credit reports was inaccurate;

(g) willfully and negligently continuing to furnish and disseminate inaccurate and derogatory credit, account and other information concerning the Plaintiffs to credit reporting agencies and other entities; and

(h) willfully and negligently failing to comply with the requirements imposed on furnishers of information pursuant to 15 U.S.C. §1681s-2(b).

(i) Defendants CREDIT ONE BANK and HILCO RECEIVABLES, LLC'S conduct was a direct and proximate cause, as well as a substantial factor, in causing the serious injuries, damages and harm to the Plaintiffs that are outlined more fully above, and as a result, Defendants CREDIT ONE BANK and HILCO RECEIVABLES, LLC are liable to compensate the Plaintiffs for the full amount of statutory, actual and punitive damages, along with attorneys' fees and costs, as well as other such relief, permitted by law.

**WHEREFORE**, Plaintiffs respectfully pray that judgment be entered against the Defendant for the following:

a) Declaratory judgment that the Defendants conduct violated the Rosenthal Act ;

b) Actual damages;

c) Statutory damages;

d) Punitive damages;

e) Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n, 1681o and *Cal. Civ Code § 1788.30(c)*, and;

f) An order directing that Defendants immediately delete all of the inaccurate information from Plaintiffs' credit report and files and cease reporting the inaccurate information to any and all persons and entities to whom they report the consumer credit information;

h) Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

DATED: September 8, 2009   KROHN & MOSS, LTD.

By: _____
G. Thomas Martin, III
Attorney for Plaintiffs

COMPLAINT AND DEMAND FOR JURY TRIAL

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, TIM PARKS, hereby demands trial by jury in this action.